983 So.2d 1280 (2008)
Sarah Regina SMITH and William Moffett, Individually and on Behalf of Their Minor Son, Weston Smith
v.
STATE of Louisiana, Through LOUISIANA STATE UNIVERSITY MEDICAL CENTER-MONROE, Board of Supervisors of Louisiana State University Agricultural and Mechanical College, and Dr. Kerry Tynes.
No. 2008-CC-0907.
Supreme Court of Louisiana.
June 20, 2008.
In re Board of Supervisors of Louisiana State University Agricultural and Mechanical College; LSU Health Sciences Center-Shreveport; Louisiana State of; E.A. Conway Medical Center et al.;  Defendants); Applying for Supervisory and/or Remedial Writs, Parish of Ouachita, 4th Judicial District Court Div. H, No. 07-1821; to the Court of Appeal, Second Circuit, No. 43443-CW.
Denied.